UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff

v.                                     Case No. 21-30093
                                       Originating No. 3:21-cr-00036-11

**JAMALE WHITE**
    **aka Melly**
    **aka 5674mel,**

      Defendant.
_____/

## GOVERNMENT'S PETITION
## FOR TRANSFER OF DEFENDANT TO
## ANOTHER DISTRICT AND SUPPORTING BRIEF

Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an order transferring defendant **JAMALE WHITE,** to answer to charges pending in another federal district, and states:

1. On **February 25, 2021,** defendant was arrested in the Eastern District Michigan in connection with a federal arrest warrant issued in the **District of North Dakota based on an Indictment**. Defendant is charged in that district with violation of 21 U.S.C. §841(a)(1) and 841(b)(1)—**Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances.**

2.  Rule 5 requires this Court to determine whether defendant is the person named in the arrest warrant and is entitled to a preliminary examination as described in Paragraph One above.  *See* Fed. R. Crim. P. 5(c)(3)(D)(ii).

WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

Respectfully submitted,

SAIMA S. MOHSIN
Acting United States Attorney

s/Robert VanWert
Assistant U.S. Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
Robert.vanwert@usa.doj.gov
(313) 226-9776

Dated: February 25, 2021